E-FILED
Thursday, 28 June, 2012  02:32:36 PM
Clerk, U.S. District Court, ILCD



It's that kind of experience.

**Kim D. Crooks**
E-Mail: kcrooks@wideopenwest.com

**Direct Dial:  517-351-3734**

June 25, 2012

FILED

JUN 2 7 2012

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

<u>Via Facsimile</u>
**312-893-5677**
**Paul A. Duffy, Esq.**
**Prenda Law, Inc.**
Suite 3200
161 N. Clark Street
Chicago, IL  60601

Re:     **DMCA Subpoena Response and Objection**

Dear Mr. Duffy:

We write in response to the Digital Millennium Copyright Act (DMCA) Subpoena that you issued to us dated June 7, 2012, in which you demand that we disclose to you certain personally identifiable information about our customers.  We cannot provide our customer's personal information to you as demanded by your Subpoena, for the reason that the DMCA (and courts interpreting it) does not allow subpoenas such as the one you issued to us.

In your letter to us, you state that you have determined that an active BitTorrent swarm with respect to your client's copyrighted video "exists on your company's network."  To our knowledge, that is not true.  In this instance, WOW! merely acted as a conduit regarding the alleged unauthorized downloads and so this is not activity covered by Section 512(h) as you state in your letter.  That said, we would be happy to review any evidence you have that indicates otherwise.

There are two Circuit Court decisions that unequivocally conclude that the DMCA does not authorize subpoenas such as the one you issued to us.  The analysis of the Court in *RIAA v. Charter*, 393 F.3d 771 (8th Cir 2005) is particularly instructive.   There, the Court considered whether the DMCA, specifically 17 U.S.C. § 512(h), permits copyright owners and their representatives to obtain and serve subpoenas on internet service providers to obtain personal information about an ISP's subscribers who are alleged to be transmitting copyrighted works via

259 East Michigan Avenue, Suite 209
Kalamazoo, Michigan 49007
t 269-567-4200
f 269-567-4193
www.wowway.com

Paul A. Duffy, Esq.
June 25, 2012
Page 2

the internet using so-called "peer to peer" or "P2P" file sharing computer programs. This of course is the same circumstance you allege in your letter to us.

The Court found that § 512(h) does not allow a copyright owner to request a subpoena for an ISP which merely acts as a conduit for data transferred between two internet users. In other words, where an ISP acts as a conduit for the transmission of material by others (its subscribers using P2P file-sharing software to exchange files stored on their personal computers), a DMCA subpoena is not proper.  The Eight Circuit Court referred to and relied upon the earlier decision of the United States Court of Appeals for the District of Columbia Circuit in *Recording Ind. Ass'n of Am. v. Verizon Internet Servs., Inc.,* 351 F.3d 1229, 1232 (D.C.Cir.2003), *petition for cert. denied.*  There, the Court found that, where an ISP performs only the "conduit" functions addressed in § 512(a), § 512(h) does not authorize the subpoenas because the ISP "can not remove or disable [a requirement of § 512(c)(3)(A)(iii)] one user's access to infringing material resident on another user's computer." *Verizon,* 351 F.3d at 1235.  Ultimately, because Charter's function was limited to acting as a conduit for the allegedly copyright protected material, the Court concluded that § 512(h) did not authorize the subpoenas.

This rationale applies to WOW! here.  We again note that you say that you have "determined" that the material exists on our network.  To our knowledge, we were acting as a mere conduit in connection with the downloads referenced in your Subpoena, but again we will be happy to review your evidence.

The bottom line is: we are unable to provide the information that you request.  Federal law, as interpreted by the courts, prevents us from taking any other position.  Please understand that we are always very cautious when it comes to the protection of our subscriber's privacy and our obligations under federal law.  If you have any questions or would like to further discuss any aspect of our position, please feel free to call me.

Very truly yours,

WOW! Internet, Cable and Phone

Kim D. Crooks
Assistant General Counsel

cc:    Clerk, United States District Court, Central District of Illinois
        Larry Stein, Esq., Huck Bouma, P.C.

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | |
|---|---|
| SUNLESS PICTURES LLC <br> ~~XXXXXXXXXXXXXXX~~ <br> *Plaintiff* <br> v. <br> WIDEOPENWEST FINANCE LLC <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

12-MC-2018
CENTRAL DISTRICT OF IL CASE

Civil Action No. : 12-cv-3411.

**Northern District of IL Case**
(If the action is pending in another district, state where:                )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  WideOpenWest Finance. LLC, DMCA Agent. Dave Walden; c/o Illinois Corporation Service Co.; 801 Adlai Stevenson Dr. Springfield, IL 62703.

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will be pleased to provide data to you in the most efficient and cost effective format if you let us know what your preferred format is.

| Place: Prenda Law Inc. <br> 161 N Clark St. Suite 3200 <br> Chicago, IL 60601 | Date and Time: <br> 06/29/2012 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time. date, and location set forth below. so that the requesting party may inspect, measure, survey. photograph, test. or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e). relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   6/7/2012
        ~~06/05/2012~~

*CLERK OF COURT*

*Pamela E. Robinson*
    *Signature of Clerk or Deputy Clerk*

OR

_____
    *Attorney's signature*

The name. address, e-mail, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

Paul Duffy, Prenda Law. Inc.; 161 N. Clark St. Suite 3200, Chicago IL 60601: paduffy@wefightpiracy.com; (312) 880-9160