AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
| _____ *Plaintiff* <br> v. <br> _____ *Defendant* | ) ) ) ) ) ) | Case No. <br> (Action pending in the Northern District of Illinois) |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Case No. |
| _____ | ) |
| *Defendant* | ) |

CERTIFICATE OF SERVICE

I certify that on _____, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

_____,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*Fax number*