E-FILED
Wednesday, 03 October, 2012  02:03:04 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| SUNLUST PICTURED LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:12-mc-02018 |
| | ) | |
| WIDEOPENWEST FINANCE LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses this action.  No party has filed an answer nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

Sunlust Pictures LLC

**DATED:**  October 3, 2012

By: /s/ Paul A. Duffy
Paul A. Duffy, Esq. (D.C. Bar # IL0014)
Law Offices of Paul Duffy
2 N. LaSalle St., 13th Floor
Chicago, IL 60602
Telephone: (312) 952-6136
Facsimile: (312) 346-8434
E-mail: pduffy@pduffygroup.com
*Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 3, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

/s/ Paul A. Duffy_____
Paul A. Duffy, Esq.